184 So.2d 24

Thomas J. OWENS

v.

NEEB KEARNEY AND COMPANY, Inc. and
The Continental Insurance Company.

No. 48072.

March 28, 1966.

SUMMERS, J., is of the opinion the writ *should be granted.* See *Moreau v.* Employers Liability Assurance Co., 180 So.2d 835 (La.App.1965).

184 So.2d 24

Lillie LaFLEUR

v.

Eraste GUILLORY.

No. 48079.

March 28, 1966.

In re: Eraste Guillory applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 181 So.2d 323.

Writ refused. On the facts found by the Court of Appeal, the result is correct.